Matter of Wagner v New York City Bd. of Educ. (2026 NY Slip Op 00869)

Matter of Wagner v New York City Bd. of Educ.

2026 NY Slip Op 00869

Decided on February 17, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 17, 2026

Before: Kern, J.P., Moulton, Kennedy, Gesmer, Higgitt, JJ. 

Index No. 151346/23|Appeal No. 1152|Case No. 2023-02614|

[*1]In the Matter of Jimmy Wagner, Petitioner,
vNew York City Board of Education, Defendant-Respondent.

Upon remittitur from the Court of Appeals (_ NY3d _, 2025 NY Slip Op 05783 [2025]), the order entered December 5, 2023 (222 AD3d 420 [1st Dept 2023]), insofar as appealed, unanimously reversed, with costs, and the matter remanded to the New York City Board of Education for further proceedings in accordance with Matter of Wagner v New York City Dept. of Educ., (_ NY3d _, 2025 NY Slip Op 05783).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: February 17, 2026